# IN THE UNITED STATES FEDERAL DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

Civil Action No. CIV – 0 6 – 0 5 7 1 MCA RLP

*(To be supplied by the Court)*

Petitioner: Michael TravaLino aka
        Mark White Eagle
        Sovereign Native American (Parent)

In the matter of:
    Shishy Travalino, a minor
    Shockie Travalino, a minor
    Comet Travalino, a minor
    Native American Indian,
        Real Party in Interest

        VS.
Sheriff Department, et al.

Patrick Jennings
        As an Individual

Children Youth and Families Department, et al.

Candy Sarellano,
        As an Individual

HENRY DIXON
        As an Individual

State of New Mexico, et al.

Attorney General et al,
    PATRICIA MADRID
        As an Individual

CHAVES COUNTY, et al.
#1 St. Mary's Place, Roswell, NM 88203

FLOYD D. "TERRY" HAAKE Jr.,

Demand for Jury Trial At Law &
Article 3 Judge Presiding

APPLICATION FOR A WRIT OF
HABEAS CORPUS

PURSUANT TO 28 U.S.C. § 2254
BY A PERSON IN STATE
CUSTODY

**As an Individual**

## COMMISSIONERS

**Michael A. Trujillo District 1**
       **As an Individual**

**Harold Hobson District 2**
       **As an Individual**

**Alice Eppers District 3**
       **As an Individual**

**Richard C. Taylor District 4**
       **As an Individual**

**Dorrie Faubus-McCarty District 5**
       **As an Individual**

Note: If the applicant is attacking a judgment which imposed a sentence to be served in the future, applicant must fill in the name of the state where the judgment of conviction was entered. If the applicant has a sentence to be served in the future under a federal judgment, which he/she wishes to attack, he/she should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack  N/A

2) Date judgment of conviction was entered  N/A

3) Case number  N/A

4) Type and length of sentence imposed  Restrained of liberty

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion? Yes ___ No xx

6) Nature of the offense involved (all counts)  N/A

7) What was your plea? (check one)  N/A

   Not Guilty ___  Guilty ___  Nolo Contendere ___

If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

N/A

8) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement

N/A

9) Kind of trial (check one)   Jury ___  Judge only ___

10) Did you testify at trial? Yes ___ No ___

2

## DIRECT APPEAL

11) Did you appeal from the judgment of conviction? Yes N/A  No ___

12) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order): N/A

13) If you did not appeal, explain briefly why you did not:

    N/A

a) Did you seek permission to file a late appeal? Yes ___ No ___

## POST-CONVICTION PROCEEDINGS

**14)** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?    Yes ___ No  N/A

15) If your answer to 14 was "Yes," give the following information:

    a) FIRST petition, application or motion.

        1. Name of court _____

        2. Nature of proceeding _____

        3. Claims raised _____

        4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

        5. Result _____

        6. Date of result _____

7.  Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)
N/A
_____

_____

8.  If you did not appeal, briefly explain why you did not

_____

_____

b) As to any SECOND petition, application or motion, give the following information:

1.  Name of court _____N/A_____

2.  Nature of proceeding _____

_____

3.  Claims raised _____

_____

4.  Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5.  Result _____

6.  Date of result _____

7.  Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____
N/A

_____

_____

4

8.  If you did not appeal, briefly explain why you did not __N/A__

c) As to any THIRD petition, application or motion, give the following information:

1.  Name of court __N/A__

2.  Nature of proceeding _____

3.  Claims raised _____

4.  Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5.  Result _____

6.  Date of result _____

7.  Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

8.  If you did not appeal, briefly explain why you did not _____

### CLAIMS

16) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed m federal court, you ordinarily must exhaust the remedies available to you m the state courts as to each claim on which you request action by the federal court.

5

**Claim One:** Refer to addendum. of Wit of Habeas Corpus.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim)

Refer to addendim of Writ of Habeas Corpus.

(2) Statement of exhaustion of state remedies as to claim one:

<u>Direct Appeal</u>   N/A

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ___ No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

<u>Post-Conviction Proceedings</u>   N/A

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ___ No ___

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

N/A

(e) Did you receive an evidentiary hearing on your motion or petition? Yes ___ No ___

(f) Did you appeal from the denial of your motion or petition?
Yes ___ No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___. and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)
N/A

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue
N/A

Claim Two: Refer to addendum of Writ of Habeas Corpus

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim)

7

(2) Statement of exhaustion of state remedies as to claim two:

<u>Direct Appeal</u>   N/A

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ___ No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

_____

<u>Post-Conviction Proceedings</u>

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ___ No ___

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

N/A _____

_____

(e) Did you receive an evidentiary hearing on your motion or petition? Yes ___ No ___

(f) Did you appeal from the denial of your motion or petition? Yes ___ No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)
N/A _____

_____

_____

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

N/A

8

### Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

N/A

**Claim Three:** Refer to addendum of Writ of Habeas Corpus, attached and incorporated hereun.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim)

(2) Statement of exhaustion of state remedies as to claim three:

### Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ___ No ___

(b) If you did not raise this issue m your direct appeal, explain briefly why you did not  N/A

### Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ___ No ___

9

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

N/A

(e) Did you receive an evidentiary hearing on your motion or petition?
Yes ___ No ___

(f) Did you appeal from the denial of your motion or petition?
Yes ___ No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___. and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

N/A

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

N/A

Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

N/A

17) Have all claims for relief raised in this petition been presented to the highest state court having jurisdiction? Yes ___ No ___

   N/A

18) If you answered "No" to question 17, state which claims have not been so presented and briefly give your reasons(s) for not presenting them <u>Not Applicable.</u>

19) If any of the claims listed in this application were not previously presented in any other court, state or federal, state briefly what claims were not so presented, and give your reasons for not presenting them <u>This is the first claim and general and exclusive jurisdiction is in the Federal District Court</u>

20) Have you previously filed any type of petition, application or motion in a federal court regarding the conviction under attack? Yes ___ No _xx_

If "Yes," answer the following and attach a copy of the court's decision for each petition, application, or motion filed:

    a)    Name and location of court __N/A__

    b)    Type of proceeding _____

    c)    The issues raised _____

    d)    The result _____

## SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. § 2244, *as amended by* Tide I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, § 106, 1 10 Stat. 1214 (Apr. 24, 1996).

21) If you are raising a claim which you have not presented in a prior application, have you obtained an order from the United States Court of Appeals for the Tenth Circuit authorizing this district court to consider the application? Yes ___ No ___ Please attach a copy of the order.    Not Applicable.

22) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes ___ No xx   If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding

N/A

## LEGAL REPRESENTATION

23) Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  N/A  No Proper Jurisdiction exists.

at the lower court level due to the unlawful seizure

Pursuant to Title 28 $$ 1356. And th a violation of the Fourth
(b) At arraignment and plea N/A                                        Amendment to
                                                          The National Constitutio

(c) At trial   N/A

(d) At sentencing   N/A

(e) On appeal   N/A

(f) In any post-conviction proceeding   N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding   N/A

## OTHER CONVICTIONS

24) Were you sentenced on more than one count of an indictment or on more than one indictment, in the same court and at the same time? Yes ___ No xx  Not Applicable.

25) Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes __/__ No __N/A__

    (a) If so, give name and location of court which imposed sentence to be served in the future _____ N/A _____

    (b) and give date and length of service to be served in the future N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ___ No N/A

Wherefore, applicant prays that the court grant him such relief to which he may be entitled in this proceeding. *Refer to Addendum of the Writ of Habeas Corpus, attached hereto along with order.

_____  
Signature of Attorney (if any)

Applicant's Original Signature

Michael Travalino, aka,  
Mark White Eagle  
(In Propria Persona)  
(Petitioner)

_____  
Attorney's Full Address and  
Telephone Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the applicant in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U. S. C. § 1746; 18 U. S. C. § 1621.

Executed at __June 23,__ on __2006__  
    (Location)    (Date)

Bank of America, N.A.  
New Mexico

JUN 2 3 '06

Banking Ctr #0043  
Teller -11

Applicant's Original Signature  
Michael Travalino, aka,  
Mark White Eagle,

13

(Petitioner)

**ADDENDUM TO WRIT OF HABEOUS CORPUS**

On or about Sunday June 18, 2006 approximately 8:45 Pm Chaves County Sheriff's forcibly entered the premises at the residence of the said petitioner and his children at 607 E. Gallina Road without a warrant and Corpus Delecti .

Title 28 USCS § Sec. 1356. Seizures not within admiralty and maritime jurisdiction

Revised: 06-01-2003
one case cites this document

The district courts shall have original jurisdiction, exclusive of the courts of the States, of any seizure under any law of the United States on land or upon waters not within admiralty and maritime jurisdiction, except matters within the jurisdiction of the Court of International Trade under section 1582 of this title.

Chaves County Sheriff further petitioners consent, unlawfully searched seized property and minor children, incorporeal and corporeal. Violative to 4th, 5th and 14th Amendments of the National Constitution.

Petitioner and Father demanded council prior to any interrogation to represent each and every child. Said Chaves County Sheriff Department continued to pursue interrogation of said children without council present. Violative to the 6th Amendment and the equal protection clause contained in the 14th Amendment .

Petitioner was forcefully restrained, by handcuffs, while the Chaves County Sheriff Department terrorized the children, interrogating them, and extracting them from their beds. They then called in the Children Youth and Families Services, hereby known as CYFD, to removed and place them with <u>Non Indian</u> foster home care. Further terrorizing them by yelling at them to give them information without legal council. This petitioner was contacted and informed that his children were being forcibly taken to a doctor on Tuesday June 20, 2006 which is
violative of our religion. Pursuant to the 1st Amendment, Contrary to our Native American Culture and religious beliefs. At Dr's office the said children were violated and forcibly made to undress in front of opposite sex adults without the consent of this petitioner.
While the children were at the Dr's. office each and every one of the children were interrogated AGAIN without legal council as petitioner had demanded at the beginning of this ordeal.

The said children were placed on Sunday night June 18th as a complete unit, together. Since the first placement they have been taken one by one and placed in different non Indian homes, leaving each child with severe emotion trauma, worried each about the other, unable to communicate with their siblings. Contrary to Public Policy, in keeping the unity of a family.

The Petitioner wants the court to know, that even by June 23, 2006, he was unable to ascertain any charges against him, there wasn't a warrant, to justify the entry into his home, and the unlawful search and seizure of his children and personal property.
This Petitioner as June 22, 2006 spoke with Candy Sarrellano, Social Worker for the said children, at which time requested a copy of writ of commitment. At this said date and time June 23, 2006, this petitioner has not received any writ of commitment.

This is Violative of the Writ Habeas Corpus and the Declaration of the Human Rights Act.

THEREFORE, This Petitioner demands the release for his minor children Shishy TravaLino, Shockie TravaLino and Comet TravaLino and claims damages in the amount of two million dollars for each said child, for a total sum of six million dollars.

REPECTFULLY SUBMITTED,

Michael TravaLino aka Mark White Eagle

## ORDER GRANTED WRIT OF HABEAS COPUS

Upon reading and filing the petition of Michael TravaLino aka Mark White Eagle Sovereign Native American Indian, in behalf of his minor children. It appears that said minor children are unlawfully imprisoned and restrained of their liberty without a lawful warrant, Corpus Delecti nor a warrant of commitment. In the possession of CYFD

IT IS ORDERED that minor children, Shishy TravaLino, Shockie TravaLino and Comet TravaLino are release back to the Father Michael TravaLino aka Mark White Eagle Sovereign Native American Indian.

IT IS FURTHER ORDERED Petitioner receives the damages for his minor children Shishy TravaLino, Shockie TravaLino and Comet TravaLino in the amount of two million dollars for each said child, for a total sum of six million dollars.



OFFICIAL SEAL
**DENISE WEAVER**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 04/12/2007

Michael TravaLino aka Mark White Eagle

CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC
STATE OF NEW MEXICO )
                     ) ss.
COUNTY OF CHAVES     )
On June 23, 2006, before me, the undersigned, a Notary Public, in and for said county and state, duly commissioned and sworn, personally appeared MICHAEL M TRAVALINO, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that s/he executed the same in her/his authorized capacity, and that by her/his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS MY HAND AND OFFICIAL SEAL

[This is a unilateral contract and anyone that trespasses upon the civil rights of the maker commits tort interference and loses immunity and may be civilly prosecuted by the contracting parties of said contract pursuant to Title 42 United States Code Section § 1981.]

# Proof of Service by Mail

I Reverend Caerlion Arthur, declare and State:
I am over the age of eighteen years, I reside in the City of Roswell, County of Chaves, State of New Mexico, and am not a party to the within action. My business address is: 200 W. First Street, Roswell, NM 88203 Room 861

On June 23, 2006 I served an application for a Writ of Habeas Corpus and motion for by petitioner for appointment of Guardian Ad Litem for said minor's and order FRCP, Rule 17 (c); in said action. by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, and the United States Mail in Roswell New Mexico, Addressed as follows

**DISTRICT ATTORNEY CHAVES CO.**

**5th JUDICIAL DISTRICT**
*FLOYD D. "TERRY" HAAKE Jr.*,
District Attorney
CHAVES COUNTY
110 E 4TH STREET
ROSWELL NM, 88201
TELEPHONE: 505-622-4121
FAX: 505- 624-0802

**ATTORNEY FOR C.Y.F.D**
**HENRY DIXON**
**#4 GRAND AVE PLAZA**
**ROSWELL, NEW MEXICO 88203**

**CHAVES COUNTY SHERIFF**
**PATRICK JENNINGS**
#1 St. Mary's Place
P.O. Box 1817
Phone: (505) 624-6600
Roswell, NM 88203
Fax: (505) 624-6631

**Michael A. Trujillo**
District 1
#1 St. Mary's Place, Roswell, NM 88203

**Richard C. Taylor**
District 4
#1 St. Mary's Place, Roswell, NM 88203

**State of New Mexico.**
490 Old Santa Fe Trail
Room 400
Santa Fe, NM 87501

**Children Youth and Families Department**
**#4 GRAND AVE PLAZA**
**ROSWELL, NEW MEXICO 88203**

**ATTORNEY GENERAL OF NEW MEXICO**
**PATRICIA MADRID**
**408 GALISTEO STREET**
**VILLAGRA BUILDING**
SANTA FE, NEW MEXICO 87501
PHONE::(505) 827-6000
FAX: (505) 827-5826
Santa Fe Mailing Address
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**Candy Sarellano**
**#4 GRAND AVE PLAZA**
**ROSWELL, NEW MEXICO 88203**

**CHAVES COUNTY et all**
#1 St. Mary's Place, Roswell, NM 88203
P.O. Box 1817, Roswell, N.M. 88202-1817

**Chaves County Sheriff's Department**
#1 St. Mary's Place
P.O. Box 1817

**Harold Hobson**
District 2
P.O. Box 1817, Roswell, N.M. 88202-1817

**Alice Eppers**
District 3
P.O. Box 1817, Roswell, N.M. 88202-1817

**Dorrie Faubus-McCarty**
District 5
#1 St. Mary's Place, Roswell, NM 88203

JUN 23 06

Executed on _____Banking Car_____ 2006, Roswell, New Mexico,

I declare under penalty of perjury that the foregoing is true and correct

Reverend Caerlion Arthur D.H. C.R.M.

[DECLARANT]