IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE TRANSFER OF CASES
TO THE HONORABLE CARMEN E. GARZA,
UNITED STATES MAGISTRATE JUDGE

## MINUTE ORDER

**PLEASE BE ADVISED** that the following civil cases have been transferred from the **Honorable Richard L. Puglisi**, United States Magistrate Judge, to the **Honorable Carmen E. Garza**, United States Magistrate Judge, for discovery and settlement purposes, unless otherwise ordered by the Court. In all pleadings subsequently filed in these cases, the civil case number shall be followed by the initials of the assigned presiding judge and the initials **CEG.**

For the below-listed cases, all case management deadlines shall remain as established, however, any settings before Judge Puglisi are vacated and will be rescheduled by Judge Garza.

CV 05-0380 JB/RLP
*Chavez v. Tularosa Schools.*

CV 05-0969 JB/RLP
*Ramos v. Town of Silver City*

CV 06-0067 JB/RLP
*Rincon v. Progressive Resident*

CV 06-0176 LH/RLP
*Otero County Hospital v. Veltri*

CV 06-0198 JB/RLP
*Rockefeller v. Jeff Bingaman*

CV 06-0571 MCA/RLP
*TraveLino v. Sheriff's Department*

_____
**MATTHEW J. DYKMAN, Clerk of Court**

A true copy of the foregoing was mailed/electronically noticed to counsel of record per the Court's Electronic Filing System