MICHAEL TRAVALINO
a.k.a MARK WHITE EAGLE
8204 Appleton Drive
St. Louis, Missouri 63132-2701



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 OCT 12 PM 1:54

THE UNITED STATES DISTRICT COURT    CLERK-ALBUQUERQUE

FOR THE DISTRICT OF NEW MEXICO

PETITIONER:
Michael Travalino a.k.a,
Mark White Eagle
Sovereign Native American
(Parent)

In the matter of:
Shishy Travalino, a minor,
Shockie Travalino, a minor,
Comet Travalino, a minor,
Sovereign Native Americans
Real party in interest

v.                                     No. CIV-06-0571 RLP/MCA
                                       Notice of Dismissal

SHERIFF DEPARTMENT, ET. AL.

Respondents.

---

Plaintiff herein and above dismisses plaintiff's petition for writ of habeas corpus and action without prejudice.

_____
Petitioner

## CERTIFICATE OF SERVICE BY MAIL

*I HEREBY CERTIFY THAT ON THE 7TH DAY OF OCTOBER, I MAILED THE NOTICE OF DISMISSAL WITH PREJUDICE, AND SAID ACTION, BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE, WITH POSTAGE FULLY PRE-PAID, AND THE UNITED STATES MAIL FIRST CLASS, TO IN HOBBS, NEW MEXICO, TO THE ADDRESS AS FOLLOWS:*

Michael Travalino

State of New Mexico
490 Old Santa Fe Trail Room 400
Sante Fe, NM 87501

Attorney General of General of New Mexico (Patricia Madrid)
408 Galisteo Street
Villagra Building
Santa Fe, New Mexico 87501

Brown & German
2901 Juan Tabo, NE
Suite 208
Albuquerque, NM 87112

Timothy V. Flynn-O'Brien
817 gold Ave. SW
Albuquerque, NM 87112